# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE PAUL SEIDEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-12 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| BRIAN MILLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 25, 2014, the Magistrate Judge issued a Report (Doc. 12) recommending that this action be dismissed for failure to prosecute, because Plaintiff has failed to apprise the Court of his current address. Service of the Report and Recommendation was made on Plaintiff's address of record, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Complaint (**Doc. 6**) is **DISMISSED** for failure to prosecute. The Magistrate Judge's Report and Recommendation dated June 25, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

July 21, 2015                                              s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

Kyle Paul Seidel
12 Court St.
Uniontown, PA 15401